

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00316-CV

| | | |
|---|---|---|
| CHARISSE SNEDDEKER, SHERRY PIPES, AND CSF NUTRITION, LLC, Appellants | § | On Appeal from the 467th District Court |
| | § | of Denton County (22-7782-467) |
| V. | § | April 17, 2025 |
| | § | Memorandum Opinion by Justice Wallach |
| VITA 10 IV THERAPY, LLC, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Charisse Sneddeker, Sherry Pipes, and CSF Nutrition, LLC must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach